Prepared by State Reporter from Appeal Papers

Judgment of Court of Special Sessions and that of the City Magistrate's Court reversed and defendants discharged on opinion in *People* v. *Nixon* (248 N. Y. 182).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUDWIG H. LEE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 2, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Kings County Court rendered November 14, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Gardiner Conroy, Edward J. Reilly* and *Reginald S. Hardy* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

NATHAN SCHULMAN et al., as Executors of ISAAC SCHULMAN, Deceased, et al., Appellants, *v.* MANBERG REALTY CORPORATION et al., Defendants, and PEIRESA REALTY CORPORATION et al., Respondents.

*Mortgage — foreclosure — mistake — action to foreclose second mortgage elected to be due for non-payment of installments of principal and interest due under first mortgage — defense that failure to pay was through inadvertence and mistake.*

*Schulman* v. *Manberg Realty Corp.,* 222 App. Div. 687, affirmed.

(Argued April 2, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1927, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

Prepared by State Reporter from Appeal Papers

The action was to foreclose a second mortgage on the ground that the mortgagor had failed to pay an installment of principal and interest due on the first mortgage which plaintiffs had been compelled to pay and that plaintiffs had elected to declare the second mortgage indebtedness due, under an acceleration clause of that mortgage providing that upon default of payment of principal or interest due under the prior mortgage for ten days, plaintiffs might elect to declare the whole indebtedness payable. The trial court found that failure to pay the installments due on the first mortgage did not arise from willful omission or neglect but was owing to inadvertence, misunderstanding and mistake and that payment of the amounts thereof, with costs and disbursements of the foreclosure action, had been duly tendered.

*Samuel J. Levinson* for appellant.
*Carl Brecher* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STOCK EXCHANGE BUILDING COMPANY, Appellant, *v.* JACOB A. CANTOR et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Tax — certiorari — review of assessment for taxation of real property.*

*People ex rel. New York Stock Exch. Bldg. Co.* v. *Cantor*, 221 App. Div. 193, affirmed.

(Argued April 3, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1927, which dismissed a writ of certiorari and reversed an order of Special Term reducing an assessment on real property of the relator in the borough of Manhattan for purposes of taxation for the year 1921. Relator